UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re: )
)
AAA Real Estate Investment Services LLC, )   Case No.: 6:21-bk-02101-LVV
) Chapter 7
Debtor. )
_____ )

**TRUSTEE'S MOTION TO REJECT EXECUTORY CONTRACT WITH CANVAS REAL ESTATE AND ERNESTO VEGA, REAL ESTATE BROKER AND THE LISTING CONTRACT AND REQUEST FOR EXPEDITED HEARING**

Trustee, Richard B. Webber II ("Trustee"), hereby files this Expedited Motion to Reject Executory Contract with Canvas Real Estate and Ernesto Vega, Real Estate Broker, and the Listing Contract pursuant to §365 of the Bankruptcy Code, and in support thereof states as follows:

1. AAA Real Estate Investments Services, LLC, Debtor ("Debtor"), filed a Voluntary Chapter 11 Bankruptcy Petition on May 5, 2021.

2. The case was converted to a Chapter 7 Petition on July 21, 2021 because the Debtor failed to follow and obey this Court's Orders.

3. Debtor owns 2450 New Jersey Rd, Lakeland, FL 33803 ("Real Property") and Trustee needs to liquidate the Real Property owned by the Debtor.

4. The Trustee has determined that Canvas Real Estate and Ernesto Vega were not authorized as professionals in the Chapter 11 case, and the Trustee seeks to reject the Listing Contract on an expedited basis.

5. Trustee sent a Cease and Desist Letter to Canvas Real Estate and Ernesto Vega on September 7, 2021. See attached Exhibit "A" which is incorporated by reference herein.

6. Canvas Real Estate and Ernesto Vega have not removed its MLS Listing as Real Estate Broker for the Debtor and this needs to be accomplished immediately.

[11000-1458/9290437/1]

7. Trustee has hired BK Global Real Estate Services to list and sell the Real Property (Doc. # 69) and currently are being denied access to the Real Property by the current broker and the MLS Listing of Canvas Real Estate and Ernesto Vega need to be removed immediately so that the Trustee's Realtor can post the Real Property for sale on the MLS Listing.

8. Canvas Real Estate and Ernesto Vega have not provided the keys to the Real Property owned by the Debtor so the Trustee's Realtor can inspect the Real Property to determine list prices for the MLS Listing.

WHEREFORE, Trustee Richard B. Webber II prays that the Court will grant his Expedited Motion to Reject Executory Contract with Canvas Real Estate and Ernesto Vega, Real Estate Broker and the Listing Contract and to waive FRBP 6004(h) fourteen days so that Canvas Real Estate and Ernesto Vega MLS Listing is immediately removed by Canvas Real Estate and Ernesto Vega and the Trustee's Realtor can then post the Real Property on MLS Listing for sale; turnover of keys to the Real Property to Trustee's Realtor; set this matter for an Expedited Hearing; and for such other relief as is just and proper under the circumstances of the case.

I hereby certify that a true and correct copy of the foregoing Trustee's Expedited Motion to Reject Executory Contract was sent either by Electronic Mailing or by United States Mail on September 13, 2021 to: AAA Real Estate Investment Services LLC, 1085 W. Morse Blvd., Suite 110, Winter Park, FL 32789; Kenneth D Herron, 135 W. Central Blvd., Ste. 480, Orlando, FL 32801; Canvas Real Estate and Ernesto Vega, 3105 NW 107 Avenue, Ste. 502, Doral, FL 33172 and to the United States Trustee's Office, 400 W. Washington St., Ste. 1100, Orlando, FL 32801.

Dated: September 13, 2021

        /s/ Richard B. Webber II
        Richard B. Webber II, Trustee
        PO Box 3000
        Orlando, FL 32802
        Telephone: (407) 425-7010

[11000-1458/9290437/1]




Reply To:<br>
PO Box 3000<br>
Orlando, FL 32802-3000

September 7, 2021

Ernesto Vega
Canvas Real Estate
3105 NW 107 Avenue, Ste. 502
Doral, FL 33172
Via E-mail: info@canvasre.com

    Re:    AAA Real Estate Investment Services
            Bankruptcy # 6:21-bk-02101-LVV
            Andres Guerra
            Real Property located at 2450 New Jersey Road, Lakeland, FL 33803

Dear Canvas Real Estate, Broker in charge and Ernesto Vega:

    Please be advised that I am the Trustee in the Chapter 7 Bankruptcy Case for the above-captioned Debtor. A copy of my appointment is attached.

    This letter is to notify you to Cease and Desist all current listings and sales pending on all real properties owned by the Debtor, AAA Real Estate Investment Services, as these real properties are now property of the Bankruptcy Estate and subject to my Administration and liquidation.

    FAILURE TO COOPERATE WILL RESULT IN LEGAL ACTION BEING TAKEN AGAINST YOU IN FEDERAL BANKRUPTCY COURT.

    Please provide my office copies of all current listings, copies of current offers and pending sales on all properties owned by the Debtor. You may either mail to the address above or e-mail to me at rschohl@zkslawfirm.com.

    Please withdrawal 2450 New Jersey Road, Lakeland, FL 33803 from MLS and provide the keys to the property.

    **The withdrawal from MLS needs to be done today and confirmation of same e-mailed to my office**.

Please forward the keys to:

Keller Williams Realty
Attn: Paul & Lyn Henderson
147 W Lyman Ave.
Winter Park, FL, 32789

If you have any questions, please feel free to contact my office.

Sincerely,

Richard B. Webber II, Trustee

RBW:rms
Enclosure

cc:    Paul & Lyn Henderson

[11000-1458/9223607/1]

[Doncn117] [Order Converting Case from Chapter 11 to Chapter 7 Non−Individual]

ORDERED.

**Dated: July 22, 2021**

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Case No.
6:21−bk−02101−LVV
Chapter 7

AAA Real Estate Investment Services, LLC

_____Debtor\*_____/

### ORDER CONVERTING CASE FROM CHAPTER 11 TO CHAPTER 7

THIS CASE came on for hearing on July 7, 2021 on the confirmation of Chapter 11 plan . The Court finds that Debtor is eligible for relief under Chapter 7 of the Bankruptcy Code. Accordingly, it is

*ORDERED:*

1. This case is converted to a case under Chapter 7 of the Bankruptcy Code.

2. All hearings pending in the Chapter 11 case are cancelled.

3. Pursuant to Local Rule 4001−1(c)(5), any motion for relief from stay pending as of the date of this order is abated until the movant files an amended motion for relief from stay in the converted case and serves it on the appropriate parties.

4. Any appointed creditors' committee is dissolved.

The Clerk's office is directed to serve a copy of this order on interested parties.

\*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

## NOTICE REGARDING CONVERSION TO CHAPTER 7

1. The U.S. Trustee has scheduled an additional meeting of creditors pursuant to 11 U.S.C. § 341, for **September 2, 2021** at **09:00 AM**. **The meeting will be held telephonically. Trustee: Richard B Webber. Call in Number: 877–642–9956. Passcode: 8787218.** Debtor must provide a Photo ID and acceptable proof of Social Security Number to the Trustee in the manner directed by the Trustee. The § 341 meeting may be adjourned from time to time without further written notice.

2. The U.S. Trustee has appointed a Chapter 7 Trustee:

Richard B Webber
Post Office Box 3000
Orlando, FL 32802

3. The deadline to file a proof of claim is *September 30, 2021* . Creditors who filed a proof of claim prior to the conversion of the case do not need to file a new proof of claim.

4. Within 14 days from the date of the Order Converting the Case, Debtor shall file any unfiled Schedules or Statements required by Fed. R. Bankr. P. 1007 or the case may be dismissed.

5. Within 14 days from the date of the Order Converting Case, as required by Fed. Bankr. P. 1019, Debtor shall file a schedule of debts incurred after the commencement of the case and before the entry of the order of conversion, including the name and address of each holder of a claim. If the case is converted after confirmation of a plan, Debtor shall also file a schedule of all properties acquired after the commencement of the case but before the entry of the order of confirmation, and a schedule of all executory contracts and unexpired leases entered into or assumed after the commencement of the case but before the entry of the conversion order.

6. Within 14 days from the date of the Order Converting Case, Debtor shall pay unpaid filing fees in the amount of N/A and the $15.00 fee for converting the case, if not previously paid. Failure to pay filing fees may result in dismissal of the case or the discharge being withheld. Payment shall be made by cashier's check or money order payable to

Clerk, U.S. Bankruptcy Court
George C. Young Federal Courthouse
400 West Washington Street.
Suite 5100
Orlando, FL 32801

7. Avoid delays. You are reminded that Local Rule 5073–1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or pro hac vice order. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.