UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

AAA REAL ESTATE INVESTMENT        CASE NO.: 6:21-bk-02101-LVV
SERVICES LLC,                     CHAPTER: 7

    DEBTOR.
_____/

**MOTION FOR RECONSIDERATION AND OBJECTION AND RESPONSE TO TRUSTEE'S MOTION TO REJECT EXECUTORY CONTRACTS**

COMES NOW, **VEKA REAL ESTATE INVESTMENT, LLC ("VEKA"),** by and through undersigned counsel, and hereby files this Motion for Reconsideration and Objection and Response to Trustee's Motion to Reject Executory Contracts and hereby states as follows:

1) The Debtor filed a Chapter 11 Bankruptcy Petition on or around May 5, 2021.

2) The Case was converted to a Chapter 7 Petition on or about July 21, 2021.

3) On or about August 23, 2021, the Debtor executed an "As Is" sales contract for the sale of real property to which is jointly titled and co-owned in equal shares between Debtor, AAA Real Estate Investment Services, LLC and co-owner VEKA REAL ESTATE INVESTMENT, LLC.

4) VEKA REAL ESTATE INVESTMENT, LLC had no knowledge of Debtor's filing for bankruptcy and that the subject property was a part of the bankruptcy estate.

5) There is presently a cash offer for the purchase of the subject property and closing is imminent to allow co-owner, VEKA, to obtain their share of the property.

6) It would be prejudicial to VEKA to cancel the contract for sale, require a new search for a buyer, and begin the listing process from the beginning considering this process is already near completion.

7) This cancellation would force VEKA to incur unnecessary carrying costs expenses for the real property, time, lost profit and interest, as well as expose VEKA to potential claims related to cancellation of a real estate agreement.

8) On September 13, 2021, Trustee Webber II, filed a Motion to Reject Executory Contracts (Doc. 82) allowing for a Twenty-One (21) day negative notice period in which to respond.

9) On September 13, 2021, the same motion was filed on an expedited basis scheduling hearing on September 21, 2021.

10) The undersigned and VEKA did not receive this Notice as co-owner of the property at issue. It would appear on the Certificate of Service that VEKA was not included in the Notice altogether.

11) On or about September 29, 2021, the Court entered an Order granting the Motion to Reject Executory Contracts (Doc. 94) to which this Motion is directed.

12) For the foregoing reasons, VEKA, requests that the Court reconsider the Order granting the Motion to Reject Executory Contracts, deny same, and allow the parties to continue with the sale of the Property and hold the Debtor's interest in the proceeds from the sale in the Bankruptcy Estate as opposed to delaying the sale of the Property.

/s/ Josue Merino
Forest Lake Law
628 N. Bear Lake Rd.
Ste. 120
Apopka, F.L. 32703
Fla Bar #93773
Office Phone (407)796-2939
Office Fax (407)930-9449
jmerino@forestlakelaw.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served either by Electronic Mailing or by United States Mail on this 4th day of October, 2021 upon:

**SERVICE LIST**

Richard B. Webber 11, Trustee
PO Box 3000
Orlando, FL 32802

AAA Real Estate Investment Services LLC
1085 W. Morse Blvd., Suite 110
Winter Park, FL 32789

Kenneth D Herron
135 W. Central Blvd., Ste. 480
Orlando, FL 32801

La Rosa Realty Kissimmee
c/o David Patino
3032 Dyer Blvd.
Kissimmee, FL 34741

ARVM 5, LLC
5001 Plaza on the Lake, Ste. 200
Austin, TX 78746

Alexander G. Cubas, Esq.
3105 NW 107th Ave., Ste. 602A
Doral, FL 33172

United States Trustee's Office
400 W. Washington St., Ste. 1100
Orlando, FL 32801

*/s/* Josue Merino
Forest Lake Law
628 N. Bear Lake Rd.
Ste. 120
Apopka, F.L. 32703
Fla Bar #93773
Office Phone (407)796-2939
Office Fax (407)930-9449
jmerino@forestlakelaw.com