# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 6:21-bk-02101-LVV

**Case Name:** AAA Real Estate Investment Services LLC

**For Period Ending:** 03/31/2022

**Trustee Name:** (291030) Richard B. Webber II

**Date Filed (f) or Converted (c):** 07/21/2021 (c)

**§ 341(a) Meeting Date:** 09/02/2021

**Claims Bar Date:** 09/30/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account at Bank of America, xxxxxx8283 | 100.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account at Wells Fargo, xxxxxx8315 | 992.08 | 0.00 | | 0.00 | FA |
| 3 | A/R 90 days old or less. Face amount = $13150. Doubtful/Uncollectible accounts = $3750. | 9,400.00 | 0.00 | | 0.00 | FA |
| 4 | A/R 90 days old or less. Face amount = $1250. Doubtful/Uncollectible accounts = $1250. | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Desk, 3 chairs | 400.00 | 0.00 | | 0.00 | FA |
| 6 | Printer | 100.00 | 0.00 | | 0.00 | FA |
| 7 | See Schedule A/B Part 9, Question 55 Attachment, See Attached (Real Properties listed individually Asset #'s 9-21) | 0.00 | 0.00 | | 0.00 | FA |
| 8 | DIP Bank Acct at Axos Bank (u) | Unknown | 3,967.03 | | 3,967.03 | FA |
| 9 | 920 Marquette Ct, Deltona, FL 32725 | 148,177.00 | 59,180.00 | | 0.00 | 212,930.00 |
| 10* | 1842 W Cooper Dr, Deltona, FL 32725 (See Footnote) | 216,000.00 | 0.00 | | 0.00 | FA |
| 11 | 1030 Alice Dr., Daytona Beach, FL 32117 | 141,991.00 | 28,402.00 | | 0.00 | FA |
| 12 | 1167 Hampton Rd, Daytona Beach, FL 32114 | 77,178.00 | 15,520.00 | | 0.00 | 186,930.00 |
| 13 | 905 Longview Ave., Deland, FL 32720 | 102,568.00 | 194,349.00 | | 0.00 | 399,790.00 |
| 14* | 774 W 9th St., Deltona, FL 32725 (See Footnote) | 234,000.00 | 0.00 | OA | 0.00 | FA |
| 15 | 1201 Oakhill St., Lakeland, FL 33815 | 88,649.00 | 3,720.00 | | 0.00 | 155,720.00 |
| 16 | 2450 New Jersey Rd, Lakeland, FL 33803 | 228,772.00 | 46,530.00 | | 274,000.00 | FA |
| 17 | 3424 Royal Ct N, Lakeland, FL 33813 | 171,166.00 | 77,540.00 | | 275,000.00 | FA |
| 18* | 1160 Edgewood Dr E., Lakeland, FL 33803 (See Footnote) | 108,013.00 | 26,470.00 | OA | 0.00 | FA |
| 19 | 1336 N Marcy Dr, Longwood, FL 32750 | 272,034.00 | 104,280.00 | | 360,000.00 | FA |
| 20 | 2612 Lafayette, Winter Park, FL 32789 | 407,558.00 | 0.00 | OA | 0.00 | FA |
| 21* | 3978 Tangle Dr., Titusville, FL 32796 (See Footnote) | 145,510.00 | 39,627.65 | | 0.00 | 39,627.65 |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

**Case No.:** 6:21-bk-02101-LVV

**Case Name:** AAA Real Estate Investment Services LLC

**For Period Ending:** 03/31/2022

**Trustee Name:** (291030) Richard B. Webber II

**Date Filed (f) or Converted (c):** 07/21/2021 (c)

**§ 341(a) Meeting Date:** 09/02/2021

**Claims Bar Date:** 09/30/2021

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 22* | 1019 Alice Dr, Daytona Beach, FL 32117 (u) (See Footnote) | Unknown | 0.00 | OA | 0.00 | FA |
| 23 | Rent for 1167 Hampton Road (u) | Unknown | 1,500.00 | | 3,000.00 | FA |
| 24 | Rent for 3424 Royal Ct N (u) | Unknown | 1,500.00 | | 3,000.00 | FA |
| 25 | Rent for 905 Longview Ave., Deland, FL 32720 (u) | Unknown | 1,200.00 | | 1,200.00 | FA |
| 26* | 1209 W 20th St, Sanford, FL 32771 transferred for no consideration (u) (See Footnote) | Unknown | 159,000.00 | | 0.00 | 159,000.00 |
| 27* | 2715 Augustine Court, Deltona, FL 32738 transferred for no consideration (u) (See Footnote) | Unknown | 12,000.00 | | 15,000.00 | FA |
| 28 | Taxes and Assessments from sale of 1336 N Marcy (u) | Unknown | 465.27 | | 465.27 | FA |
| 29 | Rent for 1201 Oakhill Street / Melissa Chandler (u) | Unknown | 7,563.09 | | 7,563.09 | FA |
| 30 | Prorated Adj. for City/Town Taxes (u) | Unknown | 293.68 | | 293.68 | FA |
| 31 | City/Town Taxes 2/23/22 to 9/30/22 (u) | Unknown | 48.60 | | 48.60 | FA |
| 32 | County Taxes 2/23/22 to 12/31/22 (u) | Unknown | 133.27 | | 133.27 | FA |
| 33 | Buyer's Premium on 2450 New Jersey Rd, Lakeland, FL 33803 | 0.00 | 7,500.00 | | 7,500.00 | FA |
| 34 | Buyer's Premium (1030 Alice Drive) | Unknown | 7,500.00 | | 0.00 | FA |
| 34 | **Assets Totals** (Excluding unknown values) | **$2,352,608.08** | **$798,289.59** | | **$951,170.94** | **$1,153,997.65** |

| | |
|---|---|
| RE PROP# 10 | Debtor sold 5/21/21 for $216,000 - no proceeds - let go |
| RE PROP# 14 | Property still under construction. Liability to Estate. |
| RE PROP# 18 | Secured lender would not accept offer under $198,000 - roof has leak and house was trashed. Listing agent advised that price was unattainable. |
| RE PROP# 21 | Debtor sold home post-petition without court order, received and spent funds $39,627.65, without court approval. Final Judgment entered against Debtor and Guerra in 6:21-ap-118 doc #'s 55 & 56 |
| RE PROP# 22 | Quit Claim Deed dated 6/24/2019 just recorded 8/25/2021 - not on petition Abandon - property trashed by squatters doc # 212 |
| RE PROP# 26 | Final Judgment obtained in 6:21-ap-118 on 11/2/21 doc # 57 against RSD Advisory LLC |
| RE PROP# 27 | Final Judgment obtained in 6:21-ap-118 on 11/2/21 doc # 54 against Iron Building Florida, LLC |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-3

**Case No.:** 6:21-bk-02101-LVV
**Case Name:** AAA Real Estate Investment Services LLC

**For Period Ending:** 03/31/2022

**Trustee Name:** (291030) Richard B. Webber II
**Date Filed (f) or Converted (c):** 07/21/2021 (c)
**§ 341(a) Meeting Date:** 09/02/2021
**Claims Bar Date:** 09/30/2021

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-4

| | |
|---|---|
| **Case No.:** 6:21-bk-02101-LVV | **Trustee Name:** (291030) Richard B. Webber II |
| **Case Name:** AAA Real Estate Investment Services LLC | **Date Filed (f) or Converted (c):** 07/21/2021 (c) |
| | **§ 341(a) Meeting Date:** 09/02/2021 |
| **For Period Ending:** 03/31/2022 | **Claims Bar Date:** 09/30/2021 |

**Major Activities Affecting Case Closing:**

Bank Accounts; Rents; Real Properties; Accounts Receivable
7/30/21 - email to Axos Bank to close DIP acct(s) and turnover balances - rec'd 8/11/21
7/30 - letters mailed to BOA & WF to close accts & turnover balances. WF resp acct was closed 7/7/21
8/2 - app to employ ZKS NPT to 7/29/21 filed (DE 41) - granted 8/6/21 (DE 48)
8/3 - AP complaint filed 6:21-ap-118 - summons served 8/5/21
8/4 - app to employ accountant filed (DE 42) & granted (DE 43)
8/5 - letters mailed to tenants
8/6 - app to employ realtors filed (DE 45) & granted (DE 46)
8/25 - app to employ BK Global filed (DE 67) - granted 8/27/21 (DE 69)
9/7 - resp to MRS on 3424 Royal Ct N (DE 63) filed (DE 72) - hearing 10/26 @ 11:30am - granted 10/28 (DE 113) have 180 days to sell
9/8 - NOA on 774 W 9th St filed (DE 73)
9/8 - app to employ realtor for 1019 Alice Dr filed (DE 74) & granted (DE 76)
9/8 - motion to reject tenant leases filed, obj date up 9/29 (DE 75) - granted 10/13 (DE 103)
9/10 - resp to MRS on 1160 E Edgewood filed (DE 78) - hearing 10/26 @ 11:30am - granted (DE 110) - have 180 days to sell
9/10 - resp to MRS on 1336 N Marcy Dr filed (DE 79) - hearing 10/26 @ 11:30 am
9/13 - motion to reject contract & listing agreement for 920 Marquette filed, obj date up 10/7 (DE 82) - resp filed (DE97) hearing 10/26
9/16 - motion for clerk's defaults filed in AP case (DE 30-32) - granted (DE 33, 35, 37)
10/1 - motion for clerk's default filed in AP case against RSD (DE 42) - granted 10/5 (DE 45)
10/1 - final judgments filed on Iron, AAA, & Guerra (DE 43 & 44) - granted 11/2 (DE 55 & 56)
10/5 - MRS filed on 905 Longview Ave., Deland, FL 32720 (DE 98) - 10/25 resp filed (DE 107) - hearing 11/30 @ 11:30am granted 12/16 (DE 150)
10/7 - final judgment filed on RSD (DE 46) - granted 11/2 (DE 57 & 59)
10/29 - app to employ realtors to sell 920 Marquette filed (DE 114) & granted (DE 117)
10/29 - motion to sell 1336 N Marcy Dr filed, hearing 11/30 @ 11am (DE 119) - granted 12/1 (DE 145)
11/8 - app to employ realtors to sell vacant land located at 2715 Augustine Ct filed (DE 130) - granted 11/10 (DE 131)
11/17 - app to employ BKG to sell 1030 Alice Dr filed (DE 134) & granted (DE 135)
11/19 - Judgment Lien J21000594865 filed against RSD Advisory
11/19 - Judgment Lien J21000594873 filed against Andres Guerra
11/29 - objection to claims 25, 26, 28, 31, 32, 37 & 38 filed, obj date up 12/29/21 (DE 137 - 143) - granted on 28, 31, 37 & 38. 25,26 &32 set for trial 4/13/22 @ 10am
12/7 - RSD Judgment Lien recorded in Miami-Dade Co Book 32887 Page 2946 (ato doc # 1495)
12/10 - report of sale re: 1336 N Marcy filed (DE 148)
12/15 - offer of $152,500 accepted on 1160 Edgewood Dr E and sent to creditor for approval ($7,500 to estate)
12/21 - AP complaint 363(h) to sell 920 Marquette filed 6:21-ap-165 - summons served 12/23, resp due 1/28/22
12/22 - motion for turnover of past due rent of $12,000 filed against Sandra Martinez, obj date up 1/21/22 (DE 152) - granted 1/24 (DE 183)
1/4/22 - motion to sell 3424 Royal Court filed (DE 160) - hearing 1/19/22 @ 11am - granted 1/20/22 (DE 174) - closing set for 2/4/22
1/13 - offer of $175,000 accepted on 1167 Hampton, sent to lender for approval ($7,500 to estate)
1/14 - motion to sell vacant lot 2715 Augustine filed (DE 171) hearing 2/15/22 @ 11am
1/24 - motion to sell 920 Marquette filed (DE 182) hearing 2/15 @ 11am - granted 2/17/22 (DE 195)
1/27 - offer of $165,800 accepted on 905 Longview, sent to lender for approval ($7,500 to estate) - buyer cxl after inspection due to amount of work

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-5

**Case No.:** 6:21-bk-02101-LVV  
**Case Name:** AAA Real Estate Investment Services LLC  
**For Period Ending:** 03/31/2022

**Trustee Name:** (291030) Richard B. Webber II  
**Date Filed (f) or Converted (c):** 07/21/2021 (c)  
**§ 341(a) Meeting Date:** 09/02/2021  
**Claims Bar Date:** 09/30/2021

    needed on home  
1/27 - offer of $135,000 accepted on 1201 Oakhill, sent to lender for approval ($7,500 to estate)  
1/28 - offer of $195,000 accepted on 1030 Alice Dr, sent to lender for approval ($17,250 to estate) - accepted, MTS filed (DE 197), hearing 3/10 @ 11am - to close by 4/4/22 - granted 3/11 (DE 218)  
2/8 - report of sale on 3424 Royal Ct N filed (DE 191)  
2/17 - offer of $166,800 accepted on 905 Longview, to lender for approval ($7,500 to estate)  
2/18 - lender rejected offer on 1160 Edgewood, filed abandonment (DE 198)  
2/24 - proceeds rec'd & report of sale filed re: 2715 Augustine (DE 201)  
2/24 - motion to sell 2450 New Jersey filed, hearing 3/10 @ 11am (DE 204) - granted 3/11 (DE 216) - closed 3/21/22  
2/25 - 920 Marquette closing complete, funds being held in escrow per order # 198, report of sale filed (DE 208)  
3/7 - notice of abandonment filed on 1019 Alice Dr - squatters trashed the house, unable to sell (DE 212)  
3/8 - motion to approve compromise with Veka re: 6:21-ap-165 filed (DE 213)  
3/23 - report of sale on 2450 New Jersey filed (DE 221)  
3/23 - MRS filed on 1201 Oakhill St (DE 222) - resp filed 4/12 (DE 234)  
3/23 - Claim 2 withdrawn  
4/5 - sale proceeds from 1030 Alice Dr rec'd, report of sale filed (DE 225)  
4/12 - motion to approve compromises w/Inspace & Ausum on obj to claims 26 & 25 filed, obj date up 5/3 (DE 235 & 236)

**Initial Projected Date Of Final Report (TFR):** 12/30/2022     **Current Projected Date Of Final Report (TFR):** 12/30/2022

04/18/2022  
Date

/s/Richard B. Webber II  
Richard B. Webber II

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 6:21-bk-02101-LVV | Trustee Name: | Richard B. Webber II (291030) |
|---|---|---|---|
| Case Name: | AAA Real Estate Investment Services LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***9840 | Account #: | ******0130 Checking |
| For Period Ending: | 03/31/2022 | Blanket Bond (per case limit): | $33,348,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/16/21 | {8} | Axos Bank | Turnover of DIP Bank Account | 1290-010 | 3,967.03 | | 3,967.03 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,962.03 |
| 09/09/21 | {23} | Catina Titmore (Thomas) | Rent for 1167 Hampton Rd (Sept. 2021) | 1222-000 | 1,500.00 | | 5,462.03 |
| 09/09/21 | {24} | Zaida Munoz | Rent for 3424 Royal Ct N (Sept. 2021) | 1222-000 | 1,000.00 | | 6,462.03 |
| 09/09/21 | {24} | Zaida Munoz | Rent for 3424 Royal Ct N (Sept. 2021) | 1222-000 | 500.00 | | 6,962.03 |
| 09/22/21 | {25} | Adner Rodriguez | Rent for 905 Longview Ave. (Sept. 2021) | 1222-000 | 1,000.00 | | 7,962.03 |
| 09/22/21 | {25} | Adner Rodriguez | Rent for 905 Longview Ave. (Sept. 2021) | 1222-000 | 200.00 | | 8,162.03 |
| 09/22/21 | 501 | Bank of America | Case # D091021000258 Invoice for Subpoena | 2990-000 | | 28.00 | 8,134.03 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 10.22 | 8,123.81 |
| 10/07/21 | {23} | Catina L Titmore (Thomas) | Oct. 2021 Rent for 1167 Hampton | 1222-000 | 1,500.00 | | 9,623.81 |
| 10/18/21 | {24} | Zaida Munoz | October 2021 Rent | 1222-000 | 1,000.00 | | 10,623.81 |
| 10/18/21 | {24} | Zaida Munoz | October 2021 Rent | 1222-000 | 500.00 | | 11,123.81 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 15.25 | 11,108.56 |
| 11/09/21 | {23} | Catina Titmore | Rent for 1167 Hampton from Catina "Thomas" Titmore | 1222-000 | 1,500.00 | | 12,608.56 |
| 11/15/21 | {23} | Catina Titmore Thomas | Stop Payment issued on Check by Ms. Thomas | 1222-000 | -1,500.00 | | 11,108.56 |
| 11/18/21 | 502 | William Paul Henderson II PA | Roof Vent Screening 1336 N Marcy Drive | 2420-000 | | 350.00 | 10,758.56 |
| 11/24/21 | 503 | Realtime Reporters, Inc | 341 Transcript Invoice # 10722 | 2990-000 | | 112.00 | 10,646.56 |
| 11/24/21 | 504 | Bank of America | Ref. # D091021000525 Subpoena Costs | 2990-000 | | 20.00 | 10,626.56 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 19.47 | 10,607.09 |
| 12/02/21 | 505 | Wm. Paul Henderson | Cleaning of 1336 N Marcy Dr (prep for selling) | 2420-000 | | 200.00 | 10,407.09 |
| 12/08/21 | | Innovative Title Services LLC | Sale Proceeds from 1336 N Marcy per doc # 145 filed 12/1/21 | | 43,088.59 | | 53,495.68 |
| | {19} | Gowri & Bangera | Sale of Real Property  $360,000.00 | 1110-000 | | | |
| | {28} | | Taxes & Assessments  $465.27 | 1290-000 | | | |
| | | Shellpoint Mortgage | 1st Mortgage  -$289,860.59 | 4110-000 | | | |

Page Subtotals:   $54,255.62   $759.94

{ } Asset Reference(s)                                                                                                              ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 6:21-bk-02101-LVV | Trustee Name: | Richard B. Webber II (291030) |
|---|---|---|---|
| Case Name: | AAA Real Estate Investment Services LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***9840 | Account #: | ******0130 Checking |
| For Period Ending: | 03/31/2022 | Blanket Bond (per case limit): | $33,348,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Innovative Title | Owners Title Insurance -$1,875.00 | 2500-000 | | | |
| | | Innovative Title | Closing Fee -$595.00 | 2500-000 | | | |
| | | Old Republic | Title Search -$85.00 | 2500-000 | | | |
| | | Keller Williams Winter Park | Real Estate Commission -$10,800.00 | 3510-000 | | | |
| | | Dalton Wade Inc | Real Estate Commission -$10,800.00 | 3510-000 | | | |
| | | Keller Williams | Transaction Fee -$299.00 | 3520-000 | | | |
| | | Seminole Co Clerk | Release of NOC -$18.50 | 2500-000 | | | |
| | | Seminole Co Clerk | City/County Tax Stamp -$2,520.00 | 2500-000 | | | |
| | | Seminole Co Clerk | eRecording -$4.50 | 2500-000 | | | |
| | | TFG Property Search | Municipal Lien search -$85.00 | 2500-000 | | | |
| | | Bay Lagoon | Estoppel Fee -$50.00 | 2500-000 | | | |
| | | Bay Lagoon HOA | HOA Balance -$384.09 | 4110-000 | | | |
| 12/22/21 | {29} | Heart for Winter Haven | Rent for 1201 Oakhill St / Melissa Chandler | 1222-000 | 7,563.09 | | 61,058.77 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 74.14 | 60,984.63 |
| 01/13/22 | 506 | Lyn Henderson | Door repair at 1201 Oakhill St Property | 2420-000 | | 100.00 | 60,884.63 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 94.48 | 60,790.15 |
| | | | Page Subtotals: | | $7,563.09 | $268.62 | |

{ } Asset Reference(s)                                                                                                      ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Page: 2-3

| Case No.: | 6:21-bk-02101-LVV | Trustee Name: | Richard B. Webber II (291030) |
|---|---|---|---|
| Case Name: | AAA Real Estate Investment Services LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***9840 | Account #: | ******0130 Checking |
| For Period Ending: | 03/31/2022 | Blanket Bond (per case limit): | $33,348,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/07/22 | | Innovative Title Services LLC | Sale of 3424 Royal Ct N per doc # 174 filed 1/20/22 | | 61,784.72 | | 122,574.87 |
| | {17} | | Sale of real property $275,000.00 | 1110-000 | | | |
| | {30} | | City/Town Taxes 2/4/22 to 9/3022 credit $293.68 | 1290-000 | | | |
| | | Shellpoint Mortgage | First Mortgage -$192,409.04 | 4110-000 | | | |
| | | | County Taxes 1/1/22 to 2/4/22 -$245.92 | 2820-000 | | | |
| | | Innovative Title Service | Owner's Title Insurance -$1,450.00 | 2500-000 | | | |
| | | Innovative Title Service | Closing Fee -$595.00 | 2500-000 | | | |
| | | Westcor | Title Search -$85.00 | 2500-000 | | | |
| | | Keller Williams Winter Park | Real Estate Commission -$8,250.00 | 3510-000 | | | |
| | | Lakeland Hometown Properties | Real Estate Commission -$8,250.00 | 3510-000 | | | |
| | | Keller Williams Winter Park | Transaction Fee (realtor expense) -$299.00 | 3520-000 | | | |
| | | Polk County Clerk of Courts | City/County Tax/Stamps -$1,925.00 | 2500-000 | | | |
| 02/23/22 | | Innovative Title Services LLC | Proceeds from sale of 2715 Augustine per doc # 196 filed 2/17/22 | | 12,105.32 | | 134,680.19 |
| | {27} | | Sale of vacant lot $15,000.00 | 1210-000 | | | |

Page Subtotals:    $73,890.04    $0.00

{ } Asset Reference(s)                                                                                                              ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Page: 2-4

| Case No.: | 6:21-bk-02101-LVV | Trustee Name: | Richard B. Webber II (291030) |
|---|---|---|---|
| Case Name: | AAA Real Estate Investment Services LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***9840 | Account #: | ******0130 Checking |
| For Period Ending: | 03/31/2022 | Blanket Bond (per case limit): | $33,348,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction / Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {31} | | City/Town Taxes 2/23/22 to 9/30/22  $48.60 / 1290-000 | | | |
| | {32} | | County Taxes 2/23/22 to 12/31/22  $133.27 / 1290-000 | | | |
| | | | County Taxes 1/1/22 to 2/23/22  -$11.14 / 2820-000 | | | |
| | | Innovative Title Services | Owner's Title Insurance  -$100.00 / 2500-000 | | | |
| | | Innovative Title Services | Closing Fee  -$595.00 / 2500-000 | | | |
| | | Westcor | Title Search  -$85.00 / 2500-000 | | | |
| | | Keller Williams Winter Park | Real Estate Commission  -$1,050.00 / 3510-000 | | | |
| | | Hughes Homes Realty | Real Estate Commission  -$450.00 / 3510-000 | | | |
| | | Keller Williams Winter Park | Transaction Fee  -$299.00 / 3520-000 | | | |
| | | Volusia County Clerk | Recording of Court Order  -$35.50 / 2500-000 | | | |
| | | Volusia County Clerk | City/County Tax Stamps  -$105.00 / 2500-000 | | | |
| | | TFG Property Reports | Municipal Lien Search  -$190.00 / 2500-000 | | | |
| | | Volusia County Tax Collector | 2021 Property Taxes  -$155.91 / 4700-000 | | | |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees / 2600-000 | | 155.60 | 134,524.59 |

Page Subtotals:    $0.00    $155.60

{ } Asset Reference(s)                                                                 ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-5

| Case No.: | 6:21-bk-02101-LVV | Trustee Name: | Richard B. Webber II (291030) |
|---|---|---|---|
| Case Name: | AAA Real Estate Investment Services LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***9840 | Account #: | ******0130 Checking |
| For Period Ending: | 03/31/2022 | Blanket Bond (per case limit): | $33,348,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/22/22 |  | Innovative Title Services LLC | Sale proceeds for 2450 New Jersey Rd per doc # 216 filed 3/11/22 |  | 18,157.00 |  | 152,681.59 |
|  | {16} |  | sale of real property $274,000.00 | 1110-000 |  |  |  |
|  | {33} |  | buyers premium $7,500.00 | 1110-000 |  |  |  |
|  |  | Fay Servicing | First Mortgage -$241,000.00 | 4110-000 |  |  |  |
|  |  |  | County Taxes 1/1/2022 - 3/21/22 -$1,002.25 | 2820-000 |  |  |  |
|  |  | Innovative Title Service | Owner's Title Ins. -$1,445.00 | 2500-000 |  |  |  |
|  |  | Innovative Title Service | Closing Fee -$820.50 | 2500-000 |  |  |  |
|  |  | Old Republic | Title Search -$85.00 | 2500-000 |  |  |  |
|  |  | Keller Williams Winter Park | Real Estate Commission -$10,960.00 | 3510-000 |  |  |  |
|  |  | Investors Real Estate | Real Estate Commission -$5,480.00 | 3510-000 |  |  |  |
|  |  | Polk County Clerk of Courts | Motion to Sell Order -$100.00 | 2500-000 |  |  |  |
|  |  | Polk County Clerk of Courts | County Tax Stamps -$1,918.00 | 2500-000 |  |  |  |
|  |  | Polk County Clerk of Courts | eRecording Fee -$4.50 | 2500-000 |  |  |  |
|  |  | TFG Property Reports | Municipal Lien Search -$132.75 | 2500-000 |  |  |  |

Page Subtotals: $18,157.00  $0.00

{ } Asset Reference(s)                                                                                                    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-6

| Case No.: | 6:21-bk-02101-LVV | Trustee Name: | Richard B. Webber II (291030) |
|---|---|---|---|
| Case Name: | AAA Real Estate Investment Services LLC | Bank Name: | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***9840 | Account #: | ******0130 Checking |
| For Period Ending: | 03/31/2022 | Blanket Bond (per case limit): | $33,348,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Polk County Clerk of Courts | Closing Coordination  -$395.00 | 2500-000 | | | |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 245.91 | 152,435.68 |
| | | | COLUMN TOTALS | | 153,865.75 | 1,430.07 | $152,435.68 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 153,865.75 | 1,430.07 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $153,865.75 | $1,430.07 | |

{ } Asset Reference(s)  !  - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-7

| | |
|---|---|
| **Case No.:** | 6:21-bk-02101-LVV |
| **Case Name:** | AAA Real Estate Investment Services LLC |
| **Taxpayer ID #:** | **-***9840 |
| **For Period Ending:** | 03/31/2022 |

| | |
|---|---|
| **Trustee Name:** | Richard B. Webber II (291030) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******0130 Checking |
| **Blanket Bond (per case limit):** | $33,348,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $153,865.75 |
| Plus Gross Adjustments: | $797,305.19 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $951,170.94 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0130 Checking | $153,865.75 | $1,430.07 | $152,435.68 |
| | $153,865.75 | $1,430.07 | $152,435.68 |