# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 6:21-bk-02101-LVV

**Case Name:** AAA Real Estate Investment Services LLC

**For Period Ending:** 03/31/2023

**Trustee Name:** (291030) Richard B. Webber II

**Date Filed (f) or Converted (c):** 07/21/2021 (c)

**§ 341(a) Meeting Date:** 09/02/2021

**Claims Bar Date:** 09/30/2021

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account at Bank of America, xxxxxx8283 | 100.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account at Wells Fargo, xxxxxx8315 | 992.08 | 0.00 | | 0.00 | FA |
| 3 | A/R 90 days old or less. Face amount = $13150. Doubtful/Uncollectible accounts = $3750. | 9,400.00 | 0.00 | | 0.00 | FA |
| 4 | A/R 90 days old or less. Face amount = $1250. Doubtful/Uncollectible accounts = $1250. | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Desk, 3 chairs | 400.00 | 0.00 | | 0.00 | FA |
| 6 | Printer | 100.00 | 0.00 | | 0.00 | FA |
| 7 | See Schedule A/B Part 9, Question 55 Attachment, See Attached (Real Properties listed individually Asset #'s 9-21) | 0.00 | 0.00 | | 0.00 | FA |
| 8 | DIP Bank Acct at Axos Bank (u) | Unknown | 3,967.03 | | 3,967.03 | FA |
| 9 | 920 Marquette Ct, Deltona, FL 32725 | 148,177.00 | 59,180.00 | | 230,000.00 | FA |
| 10* | 1842 W Cooper Dr, Deltona, FL 32725 (See Footnote) | 216,000.00 | 0.00 | | 0.00 | FA |
| 11 | 1030 Alice Dr., Daytona Beach, FL 32117 | 141,991.00 | 28,402.00 | | 195,000.00 | FA |
| 12 | 1167 Hampton Rd, Daytona Beach, FL 32114 | 77,178.00 | 15,520.00 | | 165,127.50 | FA |
| 13 | 905 Longview Ave., Deland, FL 32720 | 102,568.00 | 194,349.00 | | 166,800.00 | FA |
| 14* | 774 W 9th St., Deltona, FL 32725 (See Footnote) | 234,000.00 | 0.00 | OA | 0.00 | FA |
| 15* | 1201 Oakhill St., Lakeland, FL 33815 (See Footnote) | 88,649.00 | 0.00 | OA | 0.00 | FA |
| 16 | 2450 New Jersey Rd, Lakeland, FL 33803 | 228,772.00 | 46,530.00 | | 274,000.00 | FA |
| 17 | 3424 Royal Ct N, Lakeland, FL 33813 | 171,166.00 | 77,540.00 | | 275,000.00 | FA |
| 18* | 1160 Edgewood Dr E., Lakeland, FL 33803 (See Footnote) | 108,013.00 | 26,470.00 | OA | 0.00 | FA |
| 19 | 1336 N Marcy Dr, Longwood, FL 32750 | 272,034.00 | 104,280.00 | | 360,000.00 | FA |
| 20 | 2612 Lafayette, Winter Park, FL 32789 | 407,558.00 | 0.00 | OA | 0.00 | FA |
| 21* | 3978 Tangle Dr., Titusville, FL 32796 (See Footnote) | 145,510.00 | 39,627.65 | | 0.00 | 39,627.65 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page:  1-2

**Case No.:**   6:21-bk-02101-LVV

**Case Name:**   AAA Real Estate Investment Services LLC

**For Period Ending:**   03/31/2023

**Trustee Name:**   (291030) Richard B. Webber II

**Date Filed (f) or Converted (c):**   07/21/2021 (c)

**§ 341(a) Meeting Date:**   09/02/2021

**Claims Bar Date:**   09/30/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 22* | 1019 Alice Dr, Daytona Beach, FL 32117 (u) (See Footnote) | Unknown | 0.00 | OA | 0.00 | FA |
| 23 | Rent for 1167 Hampton Road (u) | Unknown | 1,500.00 | | 3,000.00 | FA |
| 24 | Rent for 3424 Royal Ct N (u) | Unknown | 1,500.00 | | 3,000.00 | FA |
| 25 | Rent for 905 Longview Ave., Deland, FL 32720 (u) | Unknown | 1,200.00 | | 1,200.00 | FA |
| 26* | 1209 W 20th St, Sanford, FL 32771 transferred for no consideration (u) (See Footnote) | Unknown | 159,000.00 | | 0.00 | 159,000.00 |
| 27* | 2715 Augustine Court, Deltona, FL 32738 transferred for no consideration (u) (See Footnote) | Unknown | 12,000.00 | | 15,080.00 | FA |
| 28 | Taxes and Assessments from sale of 1336 N Marcy (u) | Unknown | 465.27 | | 465.27 | FA |
| 29 | Rent for 1201 Oakhill Street / Melissa Chandler (u) | Unknown | 7,563.09 | | 7,563.09 | FA |
| 30 | Prorated Adj. for City/Town Taxes (u) | Unknown | 293.68 | | 293.68 | FA |
| 31 | City/Town Taxes 2/23/22 to 9/30/22 (u) | Unknown | 48.60 | | 48.60 | FA |
| 32 | County Taxes 2/23/22 to 12/31/22 (u) | Unknown | 133.27 | | 133.27 | FA |
| 33 | Buyer's Premium on 2450 New Jersey Rd, Lakeland, FL 33803 | 0.00 | 7,500.00 | | 7,500.00 | FA |
| 34 | Buyer's Premium (1030 Alice Drive) | Unknown | 7,500.00 | | 7,500.00 | FA |
| 35 | City/Town Taxes (u) | Unknown | 197.57 | | 197.57 | FA |
| 36 | Buyers Premium 905 Longview | Unknown | 7,500.00 | | 7,500.00 | FA |
| 37 | Buyer's Premium on 1167 Hampton | Unknown | 7,500.00 | | 7,500.00 | FA |
| 38 | Past Due Rents from Sandra Martinez per doc # 183 filed 1/24/22 (u) | Unknown | 14,000.00 | | 66.00 | FA |
| 39* | Settlement Funds from AFN 6:21-ap-118 doc # 120 (u) (See Footnote) | Unknown | 2,000.00 | | 2,000.00 | FA |
| **39** | **Assets          Totals**     (Excluding unknown values) | **$2,352,608.08** | **$818,267.16** | | **$1,732,942.01** | **$198,627.65** |

RE PROP# 10     Debtor sold 5/21/21 for $216,000 - no proceeds - let go

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case No.:**   6:21-bk-02101-LVV
**Case Name:**   AAA Real Estate Investment Services LLC

**For Period Ending:**   03/31/2023

**Trustee Name:**   (291030) Richard B. Webber II
**Date Filed (f) or Converted (c):**   07/21/2021 (c)
**§ 341(a) Meeting Date:**   09/02/2021
**Claims Bar Date:**   09/30/2021

RE PROP# 14   Property still under construction. Liability to Estate.

RE PROP# 15   SPS Lender Rejected Offer 4/20/22 - filed NOA doc # 246

RE PROP# 18   Secured lender would not accept offer under $198,000 - roof has leak and house was trashed. Listing agent advised that price was unattainable.

RE PROP# 21   Debtor sold home post-petition without court order, received and spent funds $39,627.65, without court approval. Final Judgment entered against Debtor and Guerra in 6:21-ap-118 doc #'s 55 & 56

RE PROP# 22   Quit Claim Deed dated 6/24/2019 just recorded 8/25/2021 - not on petition
Abandon - property trashed by squatters doc # 212

RE PROP# 26   Final Judgment obtained in 6:21-ap-118 on 11/2/21 doc # 57 against RSD Advisory LLC

RE PROP# 27   Final Judgment obtained in 6:21-ap-118 on 11/2/21 doc # 54 against Iron Building Florida, LLC

RE PROP# 39   Settlement Agreement doc # 120 filed 11/29/22 in 6:21-ap-118

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case No.:**  6:21-bk-02101-LVV

**Case Name:**  AAA Real Estate Investment Services LLC

**For Period Ending:** 03/31/2023

**Trustee Name:**  (291030) Richard B. Webber II

**Date Filed (f) or Converted (c):**  07/21/2021 (c)

**§ 341(a) Meeting Date:**  09/02/2021

**Claims Bar Date:**  09/30/2021

**Major Activities Affecting Case Closing:**

Bank Accounts; Rents; Real Properties; Accounts Receivable

7/30/21 - email to Axos Bank to close DIP acct(s) and turnover balances - rec'd 8/11/21

7/30 - letters mailed to BOA & WF to close accts & turnover balances.  WF resp acct was closed 7/7/21

8/2 - app to employ ZKS NPT to 7/29/21 filed (DE 41) - granted 8/6/21 (DE 48)

8/3 - AP complaint filed 6:21-ap-118 - summons served 8/5/21

8/4 - app to employ accountant filed (DE 42) & granted (DE 43)

8/5 - letters mailed to tenants

8/6 - app to employ realtors filed (DE 45) & granted (DE 46)

8/25 - app to employ BK Global filed (DE 67) - granted 8/27/21 (DE 69)

9/7 - resp to MRS on 3424 Royal Ct N (DE 63) filed (DE 72) - hearing 10/26 @ 11:30am - granted 10/28 (DE 113) have 180 days to sell

9/8 - NOA on 774 W 9th St filed (DE 73)

9/8 - app to employ realtor for 1019 Alice Dr filed (DE 74) & granted (DE 76)

9/8 - motion to reject tenant leases filed, obj date up 9/29 (DE 75) - granted 10/13 (DE 103)

9/10 - resp to MRS on 1160 E Edgewood filed (DE 78) - hearing 10/26 @ 11:30am - granted (DE 110) - have 180 days to sell

9/10 - resp to MRS on 1336 N Marcy Dr filed (DE 79) - hearing 10/26 @ 11:30 am

9/13 - motion to reject contract & listing agreement for 920 Marquette filed, obj date up 10/7 (DE 82) - resp filed (DE97) hearing 10/26

9/16 - motion for clerk's defaults filed in AP case (DE 30-32) - granted (DE 33, 35, 37)

10/1 - motion for clerk's default filed in AP case against RSD (DE 42) - granted 10/5 (DE 45)

10/1 - final judgments filed on Iron, AAA, & Guerra (DE 43 & 44) - granted 11/2 (DE 55 & 56)

10/5 - MRS filed on 905 Longview Ave., Deland, FL 32720 (DE 98) - 10/25 resp filed (DE 107) - hearing 11/30 @ 11:30am granted 12/16 (DE 150)

10/7 - final judgment filed on RSD (DE 46) - granted 11/2 (DE 57 & 59)

10/29 - app to employ realtors to sell 920 Marquette filed (DE 114) & granted (DE 117)

10/29 - motion to sell 1336 N Marcy Dr filed, hearing 11/30 @ 11am (DE 119) - granted 12/1 (DE 145)

11/8 - app to employ realtors to sell vacant land located at 2715 Augustine Ct filed (DE 130) - granted 11/10 (DE 131)

11/17 - app to employ BKG to sell 1030 Alice Dr filed (DE 134) & granted (DE 135)

11/19 - Judgment Lien J21000594865 filed against RSD Advisory

11/19 - Judgment Lien J21000594873 filed against Andres Guerra

11/29 - objection to claims 25, 26, 28, 31, 32, 37 & 38 filed, obj date up 12/29/21 (DE 137 - 143) - granted on 28, 31, 37 & 38.  25,26 &32 set for trial 4/13/22 @ 10am

12/7 - RSD Judgment Lien recorded in Miami-Dade Co Book 32887 Page 2946 (ato doc # 1495)

12/10 - report of sale re: 1336 N Marcy filed (DE 148)

12/15 - offer of $152,500 accepted on 1160 Edgewood Dr E and sent to creditor for approval ($7,500 to estate)

12/21 - AP complaint 363(h) to sell 920 Marquette filed 6:21-ap-165 - summons served 12/23, resp due 1/28/22

12/22 - motion for turnover of past due rent of $12,000 filed against Sandra Martinez, obj date up 1/21/22 (DE 152) - granted 1/24 (DE 183)

1/4/22 - motion to sell 3424 Royal Court filed (DE 160) - hearing 1/19/22 @ 11am - granted 1/20/22 (DE 174) - closing set for 2/4/22

1/13 - offer of $175,000 accepted on 1167 Hampton, sent to lender for approval ($7,500 to estate)

1/14 - motion to sell vacant lot 2715 Augustine filed (DE 171) hearing 2/15/22 @ 11am

1/24 - motion to sell 920 Marquette filed (DE 182) hearing 2/15 @ 11am - granted 2/17/22 (DE 195)

1/27 - offer of $165,800 accepted on 905 Longview, sent to lender for approval ($7,500 to estate) - buyer cxl after inspection due to amount of work

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case No.:**  6:21-bk-02101-LVV

**Case Name:**  AAA Real Estate Investment Services LLC

**For Period Ending:**  03/31/2023

**Trustee Name:**  (291030) Richard B. Webber II

**Date Filed (f) or Converted (c):**  07/21/2021 (c)

**§ 341(a) Meeting Date:**  09/02/2021

**Claims Bar Date:**  09/30/2021

needed on home

1/27 - offer of $135,000 accepted on 1201 Oakhill, sent to lender for approval ($7,500 to estate) - rej. by lender - filed NOA (DE 246)

1/28 - offer of $195,000 accepted on 1030 Alice Dr, sent to lender for approval ($17,250 to estate) - accepted, MTS filed (DE 197), hearing 3/10 @ 11am - to close by 4/4/22 - granted 3/11 (DE 218)

2/8 - report of sale on 3424 Royal Ct N filed (DE 191)

2/17 - offer of $166,800 accepted on 905 Longview, to lender for approval ($7,500 to estate)

2/18 - lender rejected offer on 1160 Edgewood, filed abandonment (DE 198)

2/24 - proceeds rec'd & report of sale filed re: 2715 Augustine (DE 201)

2/24 - motion to sell 2450 New Jersey filed, hearing 3/10 @ 11am (DE 204) - granted 3/11 (DE 216) - closed 3/21/22

2/25 - 920 Marquette closing complete, funds being held in escrow per order # 198, report of sale filed (DE 208)

3/7 - notice of abandonment filed on 1019 Alice Dr - squatters trashed the house, unable to sell (DE 212)

3/8 - motion to approve compromise with Veka re: 6:21-ap-165 filed (DE 213) - granted 4/13 (DE 239) - compliance filed 4/21 (DE 248)

3/23 - report of sale on 2450 New Jersey filed (DE 221)

3/23 - Claim 2 withdrawn

4/5 - sale proceeds from 1030 Alice Dr rec'd, report of sale filed (DE 225)

4/12 - motion to approve compromises w/Inspace & Ausum on obj to claims 26 & 25 filed, obj date up 5/3 (DE 235 & 236)

4/26 - amd. motion to sell 905 Longview filed (DE 255), hearing 5/24 @ 11am - resp. filed (DE 261) - granted 5/27 (DE 269)

5/9 - compromise with Ausum granted (DE 259)

5/12 - compromise with Inspace granted (DE 262)

5/13 - update on on 1167 Hampton - there is a 1st and 2nd lien holder dispute over who holds 1st - trying to resolve

5/31 - MRS filed on 1167 Hampton (DE 272) - resp filed 6/20 (DE 279)

6/2 - sale proceeds from 905 Longview rec'd, report of sale filed (DE 273)

6/14 - motion to sell 1167 Hampton filed (DE 274), hearing 6/28 @ 11am - granted 6/29 (DE 282) - closing 7/13/22

7/5 - lien filed w/FL State against Sandra Martinez for $14,000 - judgment lien # J22000317836 - sold and amended to buyer # J22000395766

7/5 - app to employ auctioneer filed (DE 286) & granted (DE 288)

7/5 - notice of intent to auction judgment lien against Martinez filed (DE 287)

auction to be held 7/30 - 8/7/22

7/15 - report of sale of 1167 Hampton Rd filed (DE 290)

8/12 - auctioneer report filed DE 294

9/7 - FJ against RSD Advisory taken under advisement by Judge Vaughan 6:21-ap-118

9/27 - ZKS 1st fee app & notice filed, obj date up 10/18 (DE 295 & 296) - granted 10/28 (DE 297)

12/21 - app to employ auctioneer to sell Guerra judgment filed (DE 299) & granted (DE 300)

2/21/23 - notice of intent to auction Guerra judgment filed (DE 303) - auction to be held 3/18-3/26/23 - going to re-sell at another auction

3/29 - FJ on RSD upheld in 6:21-ap-118 (DE 128)

4/10 - notice of intent to sell Guerra Judgment at auction filed (DE 304) - auction to be held 5/6-5/14/23

**Initial Projected Date Of Final Report (TFR):**    12/30/2022    **Current Projected Date Of Final Report (TFR):**    12/31/2023

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case No.:**    6:21-bk-02101-LVV

**Case Name:**    AAA Real Estate Investment Services LLC

**For Period Ending:**  03/31/2023

**Trustee Name:**    (291030) Richard B. Webber II

**Date Filed (f) or Converted (c):**  07/21/2021 (c)

**§ 341(a) Meeting Date:**  09/02/2021

**Claims Bar Date:**  09/30/2021

| | |
|---|---|
| 04/17/2023 | /s/Richard B. Webber II |
| Date | Richard B. Webber II |

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 6:21-bk-02101-LVV | Trustee Name: | Richard B. Webber II (291030) |
|---|---|---|---|
| Case Name: | AAA Real Estate Investment Services LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***9840 | Account #: | ******0130 Checking |
| For Period Ending: | 03/31/2023 | Blanket Bond (per case limit): | $39,238,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/16/21 | {8} | Axos Bank | Turnover of DIP Bank Account | 1290-010 | 3,967.03 | | 3,967.03 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,962.03 |
| 09/09/21 | {23} | Catina Titmore (Thomas) | Rent for 1167 Hampton Rd (Sept. 2021) | 1222-000 | 1,500.00 | | 5,462.03 |
| 09/09/21 | {24} | Zaida Munoz | Rent for 3424 Royal Ct N (Sept. 2021) | 1222-000 | 1,000.00 | | 6,462.03 |
| 09/09/21 | {24} | Zaida Munoz | Rent for 3424 Royal Ct N (Sept. 2021) | 1222-000 | 500.00 | | 6,962.03 |
| 09/22/21 | {25} | Adner Rodriguez | Rent for 905 Longview Ave. (Sept. 2021) | 1222-000 | 1,000.00 | | 7,962.03 |
| 09/22/21 | {25} | Adner Rodriguez | Rent for 905 Longview Ave. (Sept. 2021) | 1222-000 | 200.00 | | 8,162.03 |
| 09/22/21 | 501 | Bank of America | Case # D091021000258 Invoice for Subpoena | 2990-000 | | 28.00 | 8,134.03 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 10.22 | 8,123.81 |
| 10/07/21 | {23} | Catina L Titmore (Thomas) | Oct. 2021 Rent for 1167 Hampton | 1222-000 | 1,500.00 | | 9,623.81 |
| 10/18/21 | {24} | Zaida Munoz | October 2021 Rent | 1222-000 | 1,000.00 | | 10,623.81 |
| 10/18/21 | {24} | Zaida Munoz | October 2021 Rent | 1222-000 | 500.00 | | 11,123.81 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 15.25 | 11,108.56 |
| 11/09/21 | {23} | Catina Titmore | Rent for 1167 Hampton from Catina "Thomas" Titmore | 1222-000 | 1,500.00 | | 12,608.56 |
| 11/15/21 | {23} | Catina Titmore Thomas | Stop Payment issued on Check by Ms. Thomas | 1222-000 | -1,500.00 | | 11,108.56 |
| 11/18/21 | 502 | William Paul Henderson II PA | Roof Vent Screening 1336 N Marcy Drive | 2420-000 | | 350.00 | 10,758.56 |
| 11/24/21 | 503 | Realtime Reporters, Inc | 341 Transcript Invoice # 10722 | 2990-000 | | 112.00 | 10,646.56 |
| 11/24/21 | 504 | Bank of America | Ref. # D091021000525 Subpoena Costs | 2990-000 | | 20.00 | 10,626.56 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 19.47 | 10,607.09 |
| 12/02/21 | 505 | Wm. Paul Henderson | Cleaning of 1336 N Marcy Dr (prep for selling) | 2420-000 | | 200.00 | 10,407.09 |
| 12/08/21 | | Innovative Title Services LLC | Sale Proceeds from 1336 N Marcy per doc # 145 filed 12/1/21 | | 43,088.59 | | 53,495.68 |
| | {19} | Gowri & Bangera | Sale of Real Property<br><br>$360,000.00 | 1110-000 | | | |
| | {28} | | Taxes & Assessments<br><br>$465.27 | 1290-000 | | | |
| | | U.S. Bank, National Association<br>U.S. Bank, National Association | 1st Mortgage<br><br>-$289,860.59 | 4110-000 | | | |

| | | Page Subtotals: | $54,255.62 | $759.94 |
|---|---|---|---|---|

{ } Asset Reference(s)

! - transaction has not been cleared

## Form 2
## Cash Receipts And Disbursements Record

Page: 2-2

| | | |
|---|---|---|
| **Case No.:** | 6:21-bk-02101-LVV | |
| **Case Name:** | AAA Real Estate Investment Services LLC | |
| **Taxpayer ID #:** | **-***9840 | |
| **For Period Ending:** | 03/31/2023 | |

| | |
|---|---|
| **Trustee Name:** | Richard B. Webber II (291030) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******0130 Checking |
| **Blanket Bond (per case limit):** | $39,238,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Innovative Title | Owners Title Insurance -$1,875.00 | 2500-000 | | | |
| | | Innovative Title | Closing Fee -$595.00 | 2500-000 | | | |
| | | Old Republic | Title Search -$85.00 | 2500-000 | | | |
| | | Keller Williams Winter Park | Real Estate Commission -$10,800.00 | 3510-000 | | | |
| | | Dalton Wade Inc | Real Estate Commission -$10,800.00 | 3510-000 | | | |
| | | Keller Williams | Transaction Fee -$299.00 | 3520-000 | | | |
| | | Seminole Co Clerk | Release of NOC -$18.50 | 2500-000 | | | |
| | | Seminole Co Clerk | City/County Tax Stamp -$2,520.00 | 2500-000 | | | |
| | | Seminole Co Clerk | eRecording -$4.50 | 2500-000 | | | |
| | | TFG Property Search | Municipal Lien search -$85.00 | 2500-000 | | | |
| | | Bay Lagoon | Estoppel Fee -$50.00 | 2500-000 | | | |
| | | Bay Lagoon HOA | HOA Balance -$384.09 | 4110-000 | | | |
| 12/22/21 | {29} | Heart for Winter Haven | Rent for 1201 Oakhill St / Melissa Chandler | 1222-000 | 7,563.09 | | 61,058.77 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 74.14 | 60,984.63 |
| 01/13/22 | 506 | Lyn Henderson | Door repair at 1201 Oakhill St Property | 2420-000 | | 100.00 | 60,884.63 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 94.48 | 60,790.15 |
| | | | **Page Subtotals:** | | **$7,563.09** | **$268.62** | |

{ } Asset Reference(s)                                                                              ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-3

| | |
|---|---|
| Case No.: | 6:21-bk-02101-LVV |
| Case Name: | AAA Real Estate Investment Services LLC |
| Taxpayer ID #: | **-***9840 |
| For Period Ending: | 03/31/2023 |

| | |
|---|---|
| Trustee Name: | Richard B. Webber II (291030) |
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******0130 Checking |
| Blanket Bond (per case limit): | $39,238,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/07/22 | | Innovative Title Services LLC | Sale of 3424 Royal Ct N per doc # 174 filed 1/20/22 | | 61,784.72 | | 122,574.87 |
| | {17} | | Sale of real property $275,000.00 | 1110-000 | | | |
| | {30} | | City/Town Taxes 2/4/22 to 9/3022 credit $293.68 | 1290-000 | | | |
| | | U.S. Bank, National Association U.S. Bank, National Association | First Mortgage -$192,409.04 | 4110-000 | | | |
| | | | County Taxes 1/1/22 to 2/4/22 -$245.92 | 2820-000 | | | |
| | | Innovative Title Service | Owner's Title Insurance -$1,450.00 | 2500-000 | | | |
| | | Innovative Title Service | Closing Fee -$595.00 | 2500-000 | | | |
| | | Westcor | Title Search -$85.00 | 2500-000 | | | |
| | | Keller Williams Winter Park | Real Estate Commission -$8,250.00 | 3510-000 | | | |
| | | Lakeland Hometown Properties | Real Estate Commission -$8,250.00 | 3510-000 | | | |
| | | Keller Williams Winter Park | Transaction Fee (realtor expense) -$299.00 | 3520-000 | | | |
| | | Polk County Clerk of Courts | City/County Tax/Stamps -$1,925.00 | 2500-000 | | | |
| 02/23/22 | | Innovative Title Services LLC | Proceeds from sale of 2715 Augustine per doc # 196 filed 2/17/22 | | 12,105.32 | | 134,680.19 |
| | {27} | | Sale of vacant lot $15,000.00 | 1210-000 | | | |

| | Page Subtotals: | $73,890.04 | $0.00 |
|---|---|---|---|

{ } Asset Reference(s)

! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-4

| | |
|---|---|
| Case No.: | 6:21-bk-02101-LVV |
| Case Name: | AAA Real Estate Investment Services LLC |
| Taxpayer ID #: | **-***9840 |
| For Period Ending: | 03/31/2023 |

| | |
|---|---|
| Trustee Name: | Richard B. Webber II (291030) |
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******0130 Checking |
| Blanket Bond (per case limit): | $39,238,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {31} | | City/Town Taxes 2/23/22 to 9/30/22 $48.60 | 1290-000 | | | |
| | {32} | | County Taxes 2/23/22 to 12/31/22 $133.27 | 1290-000 | | | |
| | | | County Taxes 1/1/22 to 2/23/22 -$11.14 | 2820-000 | | | |
| | | Innovative Title Services | Owner's Title Insurance -$100.00 | 2500-000 | | | |
| | | Innovative Title Services | Closing Fee -$595.00 | 2500-000 | | | |
| | | Westcor | Title Search -$85.00 | 2500-000 | | | |
| | | Keller Williams Winter Park | Real Estate Commission -$1,050.00 | 3510-000 | | | |
| | | Hughes Homes Realty | Real Estate Commission -$450.00 | 3510-000 | | | |
| | | Keller Williams Winter Park | Transaction Fee -$299.00 | 3520-000 | | | |
| | | Volusia County Clerk | Recording of Court Order -$35.50 | 2500-000 | | | |
| | | Volusia County Clerk | City/County Tax Stamps -$105.00 | 2500-000 | | | |
| | | TFG Property Reports | Municipal Lien Search -$190.00 | 2500-000 | | | |
| | | Volusia County Tax Collector | 2021 Property Taxes -$155.91 | 4700-000 | | | |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 155.60 | 134,524.59 |

| | | Page Subtotals: | $0.00 | $155.60 |
|---|---|---|---|---|

{ } Asset Reference(s)

! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-5

| | | |
|---|---|---|
| Case No.: | 6:21-bk-02101-LVV | |
| Case Name: | AAA Real Estate Investment Services LLC | |
| Taxpayer ID #: | **-***9840 | |
| For Period Ending: | 03/31/2023 | |

| | |
|---|---|
| Trustee Name: | Richard B. Webber II (291030) |
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******0130 Checking |
| Blanket Bond (per case limit): | $39,238,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/22/22 | | Innovative Title Services LLC | Sale proceeds for 2450 New Jersey Rd per doc # 216 filed 3/11/22 | | 18,157.00 | | 152,681.59 |
| | {16} | | sale of real property $274,000.00 | 1110-000 | | | |
| | {33} | | buyers premium $7,500.00 | 1110-000 | | | |
| | | Fay Servicing | First Mortgage -$241,000.00 | 4110-000 | | | |
| | | | County Taxes 1/1/2022 - 3/21/22 -$1,002.25 | 2820-000 | | | |
| | | Innovative Title Service | Owner's Title Ins. -$1,445.00 | 2500-000 | | | |
| | | Innovative Title Service | Closing Fee -$820.50 | 2500-000 | | | |
| | | Old Republic | Title Search -$85.00 | 2500-000 | | | |
| | | Keller Williams Winter Park | Real Estate Commission -$10,960.00 | 3510-000 | | | |
| | | Investors Real Estate | Real Estate Commission -$5,480.00 | 3510-000 | | | |
| | | Polk County Clerk of Courts | Motion to Sell Order -$100.00 | 2500-000 | | | |
| | | Polk County Clerk of Courts | County Tax Stamps -$1,918.00 | 2500-000 | | | |
| | | Polk County Clerk of Courts | eRecording Fee -$4.50 | 2500-000 | | | |
| | | TFG Property Reports | Municipal Lien Search -$132.75 | 2500-000 | | | |

Page Subtotals: **$18,157.00**    **$0.00**

{ } Asset Reference(s)

! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-6

| Case No.: | 6:21-bk-02101-LVV | Trustee Name: | Richard B. Webber II (291030) |
|---|---|---|---|
| Case Name: | AAA Real Estate Investment Services LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***9840 | Account #: | ******0130 Checking |
| For Period Ending: | 03/31/2023 | Blanket Bond (per case limit): | $39,238,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

| 1 Trans. Date | 2 Check or Ref. # | 3 Paid To / Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Deposit $ | 6 Disbursement $ | 7 Account Balance |
|---|---|---|---|---|---|---|---|
| | | Polk County Clerk of Courts | Closing Coordination -$395.00 | 2500-000 | | | |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 245.91 | 152,435.68 |
| 04/04/22 | {27} | Innovative Title Services LLC | Reimb. for municipal lien search on sale of 2715 Augustine Ct per doc # 196 filed 2/17/22 | 1210-000 | 80.00 | | 152,515.68 |
| 04/04/22 | | Innovative Title Services LLC | Sale proceeds from 1030 Alice Dr per doc # 218 filed 3/11/22 | | 27,477.30 | | 179,992.98 |
| | {11} | | sale proceeds $195,000.00 | 1110-000 | | | |
| | {34} | | Buyer's Premium $7,500.00 | 1110-000 | | | |
| | | Fay Servicing | First Mortgage -$158,935.46 | 4110-000 | | | |
| | | | County Taxes 1/1/2022 - 4/4/2022 -$669.24 | 2820-000 | | | |
| | | Innovative Title Service | Owner's Title Insurance -$1,050.00 | 2500-000 | | | |
| | | Innovative Title Service | Closing Fee -$595.00 | 2500-000 | | | |
| | | Old Republic | Title Search -$85.00 | 2500-000 | | | |
| | | Volusia County Clerk | Record QCD -$18.50 | 2500-000 | | | |
| | | Keller Williams Winter Park | Real Estate Commission -$7,800.00 | 3510-000 | | | |
| | | eXp Realty | Real Estate Commission -$3,900.00 | 3510-000 | | | |
| | | Volusia County Clerk | Order to Sell Recording -$100.00 | 2500-000 | | | |

Page Subtotals:    $27,557.30    $245.91

## Form 2
## Cash Receipts And Disbursements Record

Page: 2-7

| | |
|---|---|
| **Case No.:** | 6:21-bk-02101-LVV |
| **Case Name:** | AAA Real Estate Investment Services LLC |
| **Taxpayer ID #:** | **-***9840 |
| **For Period Ending:** | 03/31/2023 |

| | |
|---|---|
| **Trustee Name:** | Richard B. Webber II (291030) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******0130 Checking |
| **Blanket Bond (per case limit):** | $39,238,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Volusia County Clerk | City/County Tax Stamps -$1,365.00 | 2500-000 | | | |
| | | Volusia County Clerk | eRecording Fee -$9.50 | 2500-000 | | | |
| | | TFG Property Reports | Municipal Lien Search -$100.00 | 2500-000 | | | |
| | | Ocean Title | Closing Coordination -$395.00 | 2500-000 | | | |
| 04/21/22 | | Innovative Title Services LLC | Sale proceeds per doc # 195 filed 2/17/22 and Compromise # 239 filed 4/13/22 | | 24,264.06 | | 204,257.04 |
| | {9} | | Sale of real property at 920 Marquette $230,000.00 | 1110-000 | | | |
| | {35} | | City/Town Prorata Taxes 2-25-22 - 9-30-22 $197.57 | 1290-000 | | | |
| | | Fay Servicing | First Mortgage -$152,342.83 | 4110-000 | | | |
| | | | County Taxes 1/1/22 - 2/25/22 -$491.24 | 2820-000 | | | |
| | | Innovative Title Services | Owner's Title Insurance -$1,225.00 | 2500-000 | | | |
| | | Innovative Title Services | Closing Fee -$595.00 | 2500-000 | | | |
| | | Old Republic | Title Search -$85.00 | 2500-000 | | | |
| | | Keller Williams Winter Park | Real Estate Commission -$4,600.00 | 3510-000 | | | |
| | | Fathom Realty | Real Estate Commission -$6,900.00 | 3510-000 | | | |

Page Subtotals: $24,264.06    $0.00

{ } Asset Reference(s)                                                                                       ! - transaction has not been cleared

## Form 2
## Cash Receipts And Disbursements Record

Page: 2-8

| Case No.: | 6:21-bk-02101-LVV | Trustee Name: | Richard B. Webber II (291030) |
|---|---|---|---|
| Case Name: | AAA Real Estate Investment Services LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***9840 | Account #: | ******0130 Checking |
| For Period Ending: | 03/31/2023 | Blanket Bond (per case limit): | $39,238,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Deposit $ | 6<br>Disbursement $ | 7<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Keller Williams Winter Park | Transaction Fee<br>-$299.00 | 3520-000 | | | |
| | | Volusia County Clerk | Recording of Motion to Sell<br>-$100.00 | 2500-000 | | | |
| | | Volusia County Clerk | City/County Tax Stamps<br>-$1,610.00 | 2500-000 | | | |
| | | Volusia County Clerk | eRecording Fee<br>-$9.00 | 2500-000 | | | |
| | | TFG Property Reports | Muncipal Lien Search<br>-$110.00 | 2500-000 | | | |
| | | City of Deltona | Code Enforcement<br>-$13,283.17 | 2500-000 | | | |
| | | Volusia County Clerk | Record Corrective Deed<br>-$19.20 | 2500-000 | | | |
| | | Veka Real Estate Investors, LLC | Proceeds to one-half owner of real property per doc # 239 filed 4/13/22<br>-$24,264.07 | 4110-000 | | | |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 283.34 | 203,973.70 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 316.01 | 203,657.69 |
| 06/01/22 | | Innovative Title Services LLC | Sale of 905 Longview per doc # 269 filed 5/27/22 | | 13,054.87 | | 216,712.56 |
| | {13} | | sale of real property<br>$166,800.00 | 1110-000 | | | |
| | {36} | | buyers premium<br>$7,500.00 | 1110-000 | | | |
| | | Shellpoint | 1st mortgage<br>-$146,343.85 | 4110-000 | | | |
| | | | County taxes 1/1/22 - 5/31/22<br>-$871.68 | 2820-000 | | | |

Page Subtotals:    $13,054.87    $599.35

{ } Asset Reference(s)                                                                 ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 6:21-bk-02101-LVV |
| **Case Name:** | AAA Real Estate Investment Services LLC |
| **Taxpayer ID #:** | **-***9840 |
| **For Period Ending:** | 03/31/2023 |

| | |
|---|---|
| **Trustee Name:** | Richard B. Webber II (291030) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******0130 Checking |
| **Blanket Bond (per case limit):** | $39,238,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Innovative Title Services | Owner's Title Insurance -$909.00 | 2500-000 | | | |
| | | Innovative Title Services | Closing Fee -$1,000.00 | 2500-000 | | | |
| | | Westcor | Title Search -$85.00 | 2500-000 | | | |
| | | Town of Ponce Inlet | Code Enforcement -$250.00 | 2500-000 | | | |
| | | Keller Williams Winter Park | Real Estate Commission -$6,672.00 | 3510-000 | | | |
| | | eXp Realty | Real Estate Commission -$3,336.00 | 3510-000 | | | |
| | | Volusia County Clerk of Court | Motion to Sell Order -$100.00 | 2500-000 | | | |
| | | Volusia County Clerk of Court | Tax Stamps -$1,167.60 | 2500-000 | | | |
| | | TFG Property Reports | Municipal Lien Search -$115.00 | 2500-000 | | | |
| | | Ocean Title | Closing Coordination Fee -$395.00 | 2500-000 | | | |
| 06/30/22 | 507 | The City of Daytona Beach | Acct # 13973-09 for 1030 Alice Drive (sale granted doc # 218 on 3/11/22) | 4120-000 | | 279.93 | 216,432.63 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 379.32 | 216,053.31 |
| 07/14/22 | | Innovative Title Services LLC | Sale of 1167 Hampton Rd per doc # 282 filed 6/29/22 | | 31,607.89 | | 247,661.20 |
| | {12} | | Sale of real property $165,000.00 | 1110-000 | | | |
| | {37} | | Buyer's Premium $7,500.00 | 1110-000 | | | |

| | Page Subtotals: | $31,607.89 | $659.25 |
|---|---|---|---|

{ } Asset Reference(s)                                                                ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case No.: | 6:21-bk-02101-LVV |
| Case Name: | AAA Real Estate Investment Services LLC |
| Taxpayer ID #: | **-***9840 |
| For Period Ending: | 03/31/2023 |

| | |
|---|---|
| Trustee Name: | Richard B. Webber II (291030) |
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******0130 Checking |
| Blanket Bond (per case limit): | $39,238,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Shellpoint Mortgage | 1st Mortgage -$126,464.31 | 4110-000 | | | |
| | | | County Taxes 1/1/22 - 7/13/22 -$764.80 | 2820-000 | | | |
| | | Innovative Title Services | Owner's Title Insurance -$900.00 | 2500-000 | | | |
| | | Innovative Title Services | Closing Fee -$1,000.00 | 2500-000 | | | |
| | | Westcor | Title Search -$85.00 | 2500-000 | | | |
| | | Volusia County Clerk | Recording of Warranty Deed -$18.50 | 2500-000 | | | |
| | | Keller Williams Winter Park | Real Estate Commission -$6,600.00 | 3510-000 | | | |
| | | Keller Williams Winter Park | Real Estate Commission -$3,300.00 | 3510-000 | | | |
| | | Volusia County Clerk | Motion to Sell Order -$100.00 | 2500-000 | | | |
| | | Volusia County Clerk | City/County Tax Stamps -$1,155.00 | 2500-000 | | | |
| | | Volusia County Clerk | eRecording Fee -$9.50 | 2500-000 | | | |
| | | TFG Property Reports | Municipal Lien Search -$100.00 | 2500-000 | | | |
| | | Ocean Title | Closing Coordination -$395.00 | 2500-000 | | | |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 360.22 | 247,300.98 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $360.22 |

{ } Asset Reference(s)

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 6:21-bk-02101-LVV | Trustee Name: | Richard B. Webber II (291030) |
|---|---|---|---|
| Case Name: | AAA Real Estate Investment Services LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***9840 | Account #: | ******0130 Checking |
| For Period Ending: | 03/31/2023 | Blanket Bond (per case limit): | $39,238,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/05/22 | {12} | Innovative Title Services LLC | Recording fee overcharge on sale of real prop per doc # 282 filed 6/29/22 | 1110-000 | 127.50 | | 247,428.48 |
| 08/19/22 | {38} | Robert H. Ewald | Auction proceeds per doc # 287 filed 7/5/22 | 1222-000 | 66.00 | | 247,494.48 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 436.21 | 247,058.27 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 395.97 | 246,662.30 |
| 10/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 382.15 | 246,280.15 |
| 11/14/22 | 508 | Zimmerman, Kiser & Sutcliffe | Fees per doc # 297 granted 10/28/22 | 3110-000 | | 58,270.00 | 188,010.15 |
| 11/14/22 | 509 | Zimmerman, Kiser & Sutcliffe | Expenses per doc # 297 granted 10/28/22 | 3120-000 | | 3,564.55 | 184,445.60 |
| 11/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 374.82 | 184,070.78 |
| 12/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 295.01 | 183,775.77 |
| 01/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 314.17 | 183,461.60 |
| 02/06/23 | {39} | AMERICAN FINANCIAL NETWORK, INC | Settlement Funds per doc # 120 filed 11/29/22 in 6:21-ap-00118-LVV | 1249-000 | 2,000.00 | | 185,461.60 |
| 02/28/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 276.78 | 185,184.82 |
| 03/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 306.69 | 184,878.13 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 252,543.37 | 67,665.24 | $184,878.13 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| Subtotal | 252,543.37 | 67,665.24 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $252,543.37 | $67,665.24 | |

# Form 2
# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 6:21-bk-02101-LVV | **Trustee Name:** | Richard B. Webber II (291030) |
| **Case Name:** | AAA Real Estate Investment Services LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***9840 | **Account #:** | ******0130 Checking |
| **For Period Ending:** | 03/31/2023 | **Blanket Bond (per case limit):** | $39,238,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $252,543.37 |
| Plus Gross Adjustments: | $1,480,398.64 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $1,732,942.01 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0130 Checking | $252,543.37 | $67,665.24 | $184,878.13 |
| | **$252,543.37** | **$67,665.24** | **$184,878.13** |